IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOEL LEE HURST,
    Petitioner,

vs.                              3:04cv411/MCR/MD

JAMES V. CROSBY,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 9, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    The amended petition for writ of habeas corpus, (doc. 4) challenging the conviction and sentence in the case of *State of Florida v. Joel Lee Hurst*, in the Circuit Court of Escambia County, Florida, case no. 96-4261, is DENIED, and this cause is DISMISSED and the clerk is directed to close the file.

    DONE AND ORDERED this 14th day of March, 2006.

                      *s/ M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **UNITED STATES DISTRICT JUDGE**