IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOEL LEE HURST,
    Petitioner,

vs.                                      Case No. 3:04cv411/MCR/MD

JAMES R. MCDONOUGH,[1]
    Respondent.
    _____/

**O R D E R**

    This cause is before the court upon petitioner's application for a certificate of appealability (docs. 30 & 31). Petitioner seeks to appeal this court's denial of his 28 U.S.C. § 2254 petition for writ of habeas corpus.

    Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

    After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's March 14, 2006 order (doc. 28) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on February 9, 2006 (doc. 26), a certificate of appealability will be denied.

    Accordingly, it is ORDERED:

    1. The clerk shall change the docket to reflect that James R. McDonough has been substituted as respondent in this cause.

---

[1] **James R. McDonough succeeded James V. Crosby as Secretary of the Florida Department of Corrections, and is automatically substituted as the respondent. Fed.R.Civ.P. 25(d)(1).**

2. Petitioner's application for a certificate of appealability (docs. 30 & 31) is DENIED and no certificate shall issue.

DONE AND ORDERED this 12th day of April, 2006.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE